# EXHIBIT 2

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Arnold C. Wang, Esq | SBN: 204431 <br> ARIAS SANGUINETTI WANG & TORRIJOS <br> 6701 Center Drive West 1400 Los Angeles, CA 90045 <br> TELEPHONE NO.: (310) 844-9696 | FAX NO. (310) 861-0168 | E-MAIL ADDRESS arnold@asstlawyers.com <br> ATTORNEY FOR *(Name)*: Plaintiffs and the Putative Class: Jane Doe, etc. | FOR COURT USE ONLY <br> Electronically FILED by <br> Superior Court of California, <br> County of Los Angeles <br> 1/12/2024 2:48 PM <br> David W. Slayton, <br> Executive Officer/Clerk of Court, <br> By G. Carini, Deputy Clerk |
|---|---|

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 N. HILL STREET
CITY AND ZIP CODE: LOS ANGELES, CA 90012-3117
BRANCH NAME: STANLEY MOSK

PLAINTIFF/PETITIONER: Jane Doe, etc.
DEFENDANT/RESPONDENT: PHE, INC., et al.

CASE NUMBER: 24STCV00181

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Phe, Inc. Adam Eve

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; FIRST AMENDED GENERAL ORDER; NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; ORDER PURSUANT TO CCP 1054(a)
3. a. Party served *(specify name of party as shown on documents served)*:
   **GOOGLE LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC Lawyers Incorporating Service, Registered Agent, by serving Rebecca Vang - Authorized Agent**
   Age: 30's | Weight: 120 | Hair: BLACK | Sex: Female | Height: 5'4 | Eyes: BROWN | Race: ASIAN

4. Address where the party was served: **2710 Gateway Oaks Dr Ste 150N**
   **Sacramento, CA 95833**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/8/2024** (2) at *(time)*: **1:28 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/LA476985

PETITIONER: Jane Doe, etc.
RESPONDENT: PHE, INC., et al.
CASE NUMBER: 24STCV00181

Case 2:24-cv-01065-CBM-JC   Document 1-2   Filed 02/07/24   Page 3 of 3   Page ID #:43

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                   (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of **GOOGLE LLC**
      under the following Code of Civil Procedure section:

      | | |
      |---|---|
      | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☑ other: **LLC** |

7. **Person who served papers**
   a. Name: **D'Angelo Emiliano Contreras - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 186.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☐ employee    ☐ independent contractor.
         (ii) Registration No.: **2022-030**
         (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/8/2024**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____
**D'Angelo Emiliano Contreras**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)