**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
YUHAN ALICE CHI (SBN 324072)
  ychi@willkie.com
333 Bush St, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendant
GOOGLE LLC

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHE, INC. and GOOGLE LLC<br><br>Defendants. | Case No. 2:24-cv-01065-RGK-SKx<br><br>[Los Angeles County Superior Court Case No. 24STCV00181]<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**<br><br>**CLASS ACTION**<br><br>Action Filed: January 3, 2024<br>Removal:      February 7, 2024 |

Plaintiff and Defendants PHE, Inc., and Google LLC (together, the "Parties") submit this joint response to the Court's Order to Show Cause at ECF No. 18.

Plaintiff filed this action in Los Angeles Superior Court on January 3, 2024, and Defendant Google removed the action to this Court on February 7, 2024. (ECF Nos. 1, 1-1). Prior the removal, the Parties had a meet and confer on January 26, 2024, during which Google informed Plaintiff of its intention to file a notice of removal, and Plaintiff informed Defendants of her intention to file a motion to remand. In the interests of judicial economy, the Parties agreed that Defendants' response to the complaint will be extended to 30 days after the Court issues a decision on Plaintiff's motion to remand so that the jurisdictional question posed by the motion to remand could be resolved first.

The Parties have been negotiating a briefing schedule for the motion to remand in parallel and have concurrently submitted a stipulation on a briefing schedule for the motion to remand and an extension of time to respond to the complaint.

Dated:  February 16, 2024

**WILLKIE FARR & GALLAGHER LLP**

By:  */s/ Benedict Y. Hur*
Benedict Y. Hur
Simona Agnolucci
Yuhan Alice Chi

*Attorneys for Defendant Google LLC*

| | |
|---|---|
| 1  Dated:  February 16, 2024 | **ARIAS SANGUINETTI WANG AND TEAM LLP** |

By:  */s/ Mickel M. Arias*
     Mickel M. Arias
     Arnold C. Wang
     Michael Jenkins

     6701 Center Drive West 14th Floor
     Los Angeles, CA 90045
     Tel: 310-844-9696
     Fax: 310-861-0168
     mike@aswtlawyers.com
     arnold@aswtlawyers.com
     anthony@aswtlawyer.com

     *Attorneys for Jane Doe*

**LIDDLE SHEETS COULSON PC**
     Nicholas A. Coulson (*pro hac vice*)
     Julia Haghighi (*pro hac vice*)
     975 East Jefferson Ave.
     Detroit, MI 48207
     Tel: 313-392-0015
     Fax: 313-392-0025
     ncoulson@lsccounsel.com
     jhaghighi@lsccounsel.com

     *Attorneys for Jane Doe*

| | |
|---|---|
| Dated:   February 16, 2024 | **LEECH TISHMAN FUSCALDO AND LAMPL** |
| | By:   */s/ James Paulick* |
| | James Paulick |
| | 2041 Rosecrans Blvd. Suite 300 |
| | El Segundo, CA 90245 |
| | Tel: 424-738-4400 |
| | Fax: 424-738-5080 |
| | jpaulick@leechtishman.com |
| | *Attorneys for PHE, Inc.* |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), the filer hereby attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: February 16, 2024

*/s/ Benedict Y. Hur*
Benedict Y. Hur

*Attorneys for Defendant*
*Google LLC*