UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-01065-RGK-SK | Date | February 29, 2024 |
|---|---|---|---|
| Title | *Jane Doe v. PHE, Inc., et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Re: Pseudonymous Plaintiff**

On September 25, 2023, Plaintiff, using the pseudonym "Jane Doe," filed a Class Action Complaint against PHE, Inc. On December 21, 2023, the Court ordered Plaintiff to show cause why she should be permitted to proceed by pseudonym. Shortly thereafter, Plaintiff filed a notice of voluntary dismissal, and refiled her case in state court, adding Google LLC as a defendant. On February 7, 2024, the action was removed to this Court, bringing the parties back to square one.

As explained in the previous order in the previous action, under Federal Rules of Civil Procedure 10 and 17, a plaintiff must list her real name in the complaint. Fed. R. Civ. P. 10(a), 17(a)(1). These rules serve the purpose of promoting "the public's right to open courts and the right of private individuals to confront their accusers." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010) (internal citations omitted). However, the rule that a plaintiff must use her real name is not absolute. In limited circumstances, a plaintiff may proceed by pseudonym with the court's permission. *See id.*; *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000).

It is still unclear whether proceeding by pseudonym is appropriate, as Plaintiff has not sought the Court's permission to proceed by pseudonym. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE IN WRITING** by March 8, 2024 why she should be permitted to proceed by pseudonym. Plaintiff's response shall be no more than ten (10) pages in length.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | JRE/sf |