Mike M. Arias, Esq. (SBN 115385)
Arnold C. Wang, Esq. (SBN 204431)
M. Anthony Jenkins, Esq. (SBN 171958)
**ARIAS SANGUINETTI WANG & TEAM, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
T: (310) 844-9696
F: (310) 861-0168

Nicholas A. Coulson*
Julia G. Haghighi*
*Admitted *Pro Hac Vice*
**LIDDLE SHEETS COULSON P.C.**
975 E. Jefferson Avenue
Detroit, Michigan 48207
T: (313) 392-0015
F: (313) 392-0025

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>vs<br><br>PHE, INC. AND GOOGLE LLC,<br><br>Defendants | Case No. 2:24-cv-01065-RGK-SK<br><br>Hon. R. Gary Klausner |

## <u>RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE LACK OF PROSECUTION</u>

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARIAS SANGUINETTI WANG & TEAM, LLP

# INTRODUCTION

Plaintiff Jane Doe, on behalf of herself and all others similarly situated, by and through counsel, submits this response to the Court's Order to Show Cause dated March 7, 2024 which requires that Plaintiff proffer proof of service as to Defendant PHE, Inc. ([Doc. No. 28]). On January 3, 2024, Plaintiff filed this action against Defendants in Los Angeles County Superior Court (Case No. 24STCV00181) (the "Superior Court Action"). Plaintiff served both defendants with the summons and operative complaint from the Superior Court Action. Annexed hereto as Exhibit "A" is the Proof of Service as to Defendant PHE. Thereafter, Counsel for PHE, Inc. filed a Notice of Appearance in the Superior Court Action on January 16, 2024. *See* Superior Court Action Case Summary, annexed hereto as Exhibit "B."

Defendant Google LLC subsequently removed the Superior Court Action to the United States District Court for the Central District of California on February 7, 2024 (the "Instant Action"). Counsel for PHE, Inc. has appeared in the Instant Action and has filed a Notice of Interested Parties. ([Doc. No. 10&11]). Additionally, counsel for PHE has stipulated to its deadline to answer the complaint. ([Doc. No. 22]).

Plaintiff has timely served the summons and complaint on Defendant PHE pursuant to Fed. R. Civ. P. 4. Since PHE has been served, has appeared, and has stipulate to its deadline to answer the complaint in the Instant Action, Plaintiff respectfully requests that the Court discharge the Order to Show Cause.

Dated: March 11, 2024                    Respectfully submitted,
Detroit, Michigan

                                          /s/ *Julia G. Haghighi*

Nicholas A. Coulson*
Julia G. Haghighi*
*Admitted *pro hac vice*
**LIDDLE SHEETS COULSON P.C.**
975 East Jefferson Avenue
Detroit, MI 48207-3101

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

T: (313) 392-0015
Ncoulson@lsccounsel.com
Jhaghighi@lsccounsel.com

**ARIAS SANGUINETTI WANG**
   **& TEAM LLP**
MIKE ARIAS, ESQ.
ARNOLD C. WANG, ESQ.
M. ANTHONY JENKINS, ESQ.

*Attorneys for Plaintiffs and the
Putative Class*

Page 3

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Arnold C. Wang,Esq \| SBN: 204431<br>ARIAS SANGUINETTI WANG & TORRIJOS<br>6701 Center Drive West  1400 Los Angeles, CA 90045<br><br>TELEPHONE NO.: (310) 844-9696 \| FAX NO. (310) 861-0168 \| E-MAIL ADDRESS arnold@asstlawyers.com<br>ATTORNEY FOR *(Name):* Plaintiffs and the Putative Class: Jane Doe, etc. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | |
|---|---|
| STREET ADDRESS: 111 NORTH HILL STREET | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012 | |
| BRANCH NAME: STANLEY MOSK COURTHOUSE | |

| PLAINTIFF/PETITIONER: Jane Doe, etc.<br>DEFENDANT/RESPONDENT: PHE, INC., et al. | CASE NUMBER:<br>24STCV00181 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Phe, Inc. Adam Eve |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION; NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE; FIRST AMENDED GENERAL ORDER; VOLUNTARY EFFICIENT LITIGATION STIPULATIONS; ORDER PURSUANT TO CCP 1054(a)

3. a. Party served *(specify name of party as shown on documents served):*
   PHE, INC.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Chad D. Davis - Agent for Service of Process
   Age: 55-59 | Weight: 140-160 | Hair: Bald | Sex: Male | Height: 5'5-5'8 | Eyes: | Race: Caucasian

4. Address where the party was served:  302 Meadowlands Dr
   Hillsborough, NC 27278-8502

5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 1/10/2024   (2) at *(time):* 12:13 PM

   b. ☐ by substituted service. On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*                    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>POS010-1/LA476984 |
|---|---|---|

| PETITIONER: | CASE NUMBER: |
|---|---|
| RESPONDENT: **PHE, INC., et al.** | **24STCV00181** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*             (2) *from (city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of **PHE, INC.**
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: **Joseph Richardson - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 291.00**
   e. I am:

    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
       (i) ☐ owner      ☐ employee      ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/10/2024**

**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____
**Joseph Richardson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

# EXHIBIT B

Español   Tiếng Việt   한국어   中文   հայերեն

### THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Search

| **Home** | **Online Services**<br>Pay Fines, Search Records... | **Forms, Filings & Files**<br>Forms, Filing Fees... | **Self-Help**<br>For persons without attorneys | **Divisions**<br>Civil, Criminal, Family... | **Jury**<br>Jury Duty Portal, Q&A... | **General Info**<br>Courthouses, ADA ... |

ONLINE SERVICES

# Case Access

PRINT   NEW SEARCH

 LANGUAGE ACCESS
English

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:**  24STCV00181
JANE DOE, VS PHE, INC., ET AL.

**Filing Courthouse:**  Spring Street Courthouse

**Filing Date:**  01/03/2024
**Case Type:**  Other Non-Personal Injury/Property Damage tort (General Jurisdiction)
**Status:**  Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**05/31/2024** at 4:00 PM in Department 14 at 312 North Spring Street, Los Angeles, CA 90012
Non-Appearance Case Review

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ARIAS MIKE - Attorney for Plaintiff

DOE JANE - Plaintiff

GOOGLE LLC - Defendant

HUR BENEDICT YUNG - Attorney for Defendant

JENKINS M. ANTHONY - Attorney for Plaintiff

PAULICK JAMES K. - Attorney for Defendant

PHE INC. - Defendant

WANG ARNOLD C. - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**03/08/2024** Notice of Entry of Judgment or Order
Filed by Google LLC (Defendant)

**02/28/2024** Certificate of Mailing for ((Court Order Re: Notice of Removal to Federal Court;) of 02/28/2024)
Filed by Clerk

**02/28/2024** Minute Order ( (Court Order Re: Notice of Removal to Federal Court;))
Filed by Clerk

**02/07/2024** Notice To Adverse Party And State Court Of Removal
Filed by Google LLC (Defendant)

**01/16/2024** Notice of Appearance
Filed by Phe, Inc. (Defendant)

**01/12/2024** Proof of Personal Service
Filed by Jane Doe, (Plaintiff)

**01/03/2024** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**01/03/2024** Voluntary Efficient Litigation Stipulation Packet
Filed by Clerk

**01/03/2024** First Amended General Order re: Mandatory Electronic Filing
Filed by Clerk

**01/03/2024** Alternate Dispute Resolution Packet
Filed by Clerk

**01/03/2024** Summons (on Complaint)
Filed by Jane Doe, (Plaintiff)

**01/03/2024** Civil Case Cover Sheet
Filed by Jane Doe, (Plaintiff)

**01/03/2024** Complaint
Filed by Jane Doe, (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**

**02/28/2024** at 09:45 AM in Department 14, Kenneth R. Freeman, Presiding
Court Order

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**03/08/2024** Notice of Entry of Judgment or Order; Filed by: Google LLC (Defendant); As to: Jane Doe, (Plaintiff)

**02/28/2024** Non-Appearance Case Review Re. Status of Removal to Federal Court scheduled for 05/31/2024 at 04:00 PM in Spring Street Courthouse at Department 14

**02/28/2024** Certificate of Mailing for (Court Order Re: Notice of Removal to Federal Court;) of 02/28/2024; Filed by: Clerk

**02/28/2024** Minute Order (Court Order Re: Notice of Removal to Federal Court;)

**02/07/2024** The case is placed in special status of: Stay - Removal to Federal Court

**02/07/2024** Notice To Adverse Party And State Court Of Removal; Filed by: Google LLC (Defendant)

**01/17/2024** Address for James K. Paulick (Attorney) updated

**01/16/2024** Notice of Appearance; Filed by: Phe, Inc. (Defendant)

**01/12/2024** Proof of Personal Service; Filed by: Jane Doe, (Plaintiff); As to: Google LLC (Defendant); Service Cost: 185.00; Service Date: 01/08/2024; Service Cost Waived: No

**01/04/2024** Case assigned to Hon. Kenneth R. Freeman in Department 14 Spring Street Courthouse

**01/03/2024** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**01/03/2024** Voluntary Efficient Litigation Stipulation Packet; Filed by: Clerk

**01/03/2024** First Amended General Order re: Mandatory Electronic Filing; Filed by: Clerk

**01/03/2024** Alternate Dispute Resolution Packet; Filed by: Clerk

**01/03/2024** Summons on Complaint; Issued and Filed by: Jane Doe, (Plaintiff); As to: Phe, Inc. (Defendant); Google LLC (Defendant)

**01/03/2024** Civil Case Cover Sheet; Filed by: Jane Doe, (Plaintiff); As to: Phe, Inc. (Defendant); Google LLC (Defendant)

**01/03/2024** Complaint; Filed by: Jane Doe, (Plaintiff); As to: Phe, Inc. (Defendant); Google LLC (Defendant)

**01/03/2024** The case is placed in special status of: Class Action

**01/03/2024** The case is placed in special status of: Provisionally Complex ? Case Type

NEW SEARCH