# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE <br><br> Plaintiff(s), <br><br> v. <br><br> PHE, INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:24−cv−01065−RGK−SK <br><br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

|  3/11/2024  |  31  |  MOTION to Remand Case  |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: March 13, 2024          /s/ *R. Gary Klausner*
                                                                      United States District Judge