**WILLKIE FARR & GALLAGHER LLP**
BENEDICT Y. HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
YUHAN ALICE CHI (SBN 324072)
  ychi@willkie.com
NADIM HOUSSAIN (SBN 335556)
   nhoussain@willkie.com
333 Bush St., 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

MICHAEL ROME (SBN 272345)
   mrome@willkie.com
2029 Century Park East
Los Angeles, CA 90067-2905
Telephone: (310) 728-8317

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHE, INC. and GOOGLE LLC<br><br>Defendants. | Case No.: 2:24-cv-01065-RGK-SK<br><br>[Los Angeles County Superior Court Case No. 24STCV00181]<br><br>**DECLARATION OF BENEDICT Y. HUR IN SUPPORT OF GOOGLE LLC' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**CLASS ACTION**<br><br>Date:        April 8, 2024<br>Time:       9:00 a.m.<br>Judge:     Hon. R. Gary Klausner<br><br>Action Filed: January 3, 2024<br>Removal:     February 7, 2024 |

I, Benedict Y. Hur, declare as follows:

1. I am a member of the bar of the State of California and a Partner at Willkie Farr & Gallagher LLP, counsel of record for Defendant Google LLC ("Google") in this action. I submit this declaration in support of Google's Opposition to Plaintiff's Motion to Remand. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the *Frasco v. Flo Health, Inc.*, 3:21-cv-00757-JD Consolidated Class Action Complaint, filed Jan. 29, 2021. I am counsel of record for Google in this case.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the *Doe v. GoodRx Holdings, Inc.*, 3:23-cv-00501-AMO Consolidated Class Action Complaint, filed Feb. 2, 2023. I am counsel of record for Google in this case.

4. Attached hereto as **Exhibit 3** is a true and correct copy of *Doe v. Google LLC*, 3:23-cv-02431-VC First Amended Consolidated Class Action Complaint, filed May 17, 2023. I am counsel of record for Google in this case.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 18, 2024, at San Francisco, California.

      */s/ Benedict Y. Hur*
      BENEDICT Y. HUR