UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-01065-RGK-SKx | Date | April 24, 2024 |
|---|---|---|---|
| Title | Jane Doe v. PHE, Inc., et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. District Judge |
|---|---|
| Joseph Remigio | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER DISMISSING ACTION

Plaintiff not having filed a complaint with her true legal name by the deadline imposed in the Court's Order [45] of April 15, 2024, this action is hereby dismissed. All deadlines and hearings are vacated. The clerk shall close this action.

IT IS SO ORDERED.

|  |  : |  |
|---|---|---|
| | Initials of Preparer | JRE/sf |